STATE v. TUCKER

No. 113PA03

Case below: 156 N.C. App. —— (4 February 2003)

Motion by Attorney General for temporary stay denied 21 February 2003.

STATE v. URIBE

No. 661P02

Case below: 148 N.C. App. 218

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

STATE v. UVALLE

No. 430P02

Case below: 151 N.C. App. 446

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. VASSEY

No. 54P03

Case below: 154 N.C. App. 384

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. WIKE

No. 1P03

Case below: 154 N.C. App. 522

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.